FILED

08/03/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0587

# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 19-0587

STATE OF MONTANA

      Plaintiff and Appellee,

  v.

MARK ALAN MENDOZA

      Defendant and Appellant.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until September 3, 2020 to prepare, file and serve the Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 3 2020